UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VASQUEZ,<br><br>        Petitioner,<br><br>    v.<br><br>MATTHEW CATE, Secretary<br>Cal. Dept. of Corrs.<br>and Rehab.<br><br>        Respondent. | Case No. CV 08-5668 GW (CT)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the court has reviewed the petition, all the records and files herein, the report and recommendation of the United States Magistrate Judge, and petitioner's objections to the report and recommendation. Subject to the non-material modifications identified below, the court concurs with and adopts the findings, conclusions, and recommendations of the magistrate judge.

    IT IS ORDERED that:

    1.    The report and recommendation is accepted with the following modifications, see 28 U.S.C. § 636(b)(1)(C), which are not material to the court's decision:

        •    At page 10, line 8, the word "not" has been inserted

between the words "as" and "impartial";

- At page 11, line 10, "she maintained that would" has been changed to "she maintained that she would"; and
- At page 29, line 23, the word "vein" has been changed to "vain".

2. Judgment be entered denying the petition for writ of habeas corpus and dismissing this action with prejudice.

DATED: January 22, 2010

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE