UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VASQUEZ, | Case No. CV 08-5668 GW (CT) |
| Petitioner, | |
| | J U D G M E N T |
| v. | |
| MATTHEW CATE, Secretary Cal. Dept. of Corrs. and Rehab. | |
| Respondent. | |

In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: January 22, 2010

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE